**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan Gabriel MALDONADO, a.k.a.**
**Juan Gabrial Maldonado,**
**Defendant–Appellant.**

**No. 08–14614**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 1, 2009.

Rick D. Collum, The Collum Law Firm, P.C., Moultrie, GA, for Defendant–Appellant.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Before BLACK, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Rick Collum, appointed counsel for Juan Gabriel Maldonado in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Maldonado's conviction and sentence are **AFFIRMED.** Maldonado's motion for appointment of counsel on appeal is **DENIED AS MOOT.**